**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JAMES D. ACHEE**                                          **CIVIL ACTION**

**VERSUS**                                                        **No. 05-360**

**SHELL OIL COMPANY**                                **SECTION:  I/3**

## ORDER

Before the Court is a motion for summary judgment filed by defendants, Shell Offshore,

Inc., and Shell Exploration and Production Company (collectively, "Shell").[1]  Defendants

contend that the diamond plating on the smoke deck was not defective and did not present any

unreasonable risk to plaintiff.  Plaintiff argues that the diamond plating was worn, which

contributed to its slipperiness when it was wet.  To this end, he has submitted the affidavit of

Karyn Dardar, who was also employed on the Shell platform and is familiar with the smoke

deck.[2]  Considering the arguments and evidence, the Court finds that a genuine issue of material

fact exists as to the condition of the diamond plating on the smoke deck and any negligence on

the part of defendants.

Accordingly,

---

[1] Rec. Doc. No. 34.

[2] Rec. Doc. No. 36, Ex. B.

1

**IT IS ORDERED** that the motion for summary judgment filed by defendants, Shell

Offshore, Inc., and Shell Exploration and Production Company, is **DENIED**.

New Orleans, Louisiana, August __25th__, 2006.

<br/>

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**